1  Anoush Hakimi (SBN 228858)
   anoush@handslawgroup.com
2  Peter Shahriari (SBN 237074)
3  peter@handslawgroup.com
   Laura Steven (SBN 332168)
4  laura@handslawgroup.com
5  **THE LAW OFFICE OF HAKIMI & SHAHRIARI**
   1800 Vine Street,
6  Los Angeles, CA 90028
7  Telephone: (888) 635-2250
   Facsimile: (213) 402-2170
8
9  Attorneys for Plaintiff
   **GEORGE JONES**
10
                    UNITED STATES DISTRICT COURT
11
                    CENTRAL DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| George Jones, | CASE NO.: 2:21-cv-00094-RGK-SK |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| vs. | |
| Nigol Manoukian, an Individual; Razmik Manoukian, an Individual; and Does 1-10, | The Hon. R. Gary Klausner<br>Trial Date: March 1, 2022 |
| Defendants. | |

The Parties hereby jointly notify the court that a confidential settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

The Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that a Joint Stipulation for Dismissal with prejudice as to

1  all parties will be filed within 60 days. The Parties further request that the Court

2  schedule a Status Conference/OSC Hearing approximately 60 days out at which the

3  Parties, by and through their attorneys of record shall show cause why this case has

4  not been dismissed.

DATED: July 16, 2021        THE LAW OFFICE OF HAKIMI & SHAHRIARI

By:   /s/Anoush Hakimi
      Anoush Hakimi, Esq.
      Attorneys for Plaintiff, George Jones

DATED:  July 16, 2021       MANO UK IAN & ASSOCIATES

By:   /s/ Nigol Manoukian
      Nigol Manoukian, Esq.
      Attorney for Defendant, Nigol Manoukian,
      and Razmik Manoukian

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

ANOUSH HAKIMI

*/s/ Anoush Hakimi*
By: Anoush Hakimi
Attorney for Plaintiff George Jones