JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| George Jones,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Nigol Manoukian, an Individual; Razmik Manoukian, an Individual; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:21-cv-00094-RGK-SK<br><br>*Hon. R. Gary Klausner*<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE<br><br>Action Filed: January 6, 2021<br>Trial Date:　 March 1, 2022 |

1

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff George Jones' action against Defendants Nigol Manoukian and Razmik Manoukian is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: July 23, 2021

*Gary Klausner* (signature)
Hon. R. Gary Klausner
United States District Judge